UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

Roosevelt Dean,

    Plaintiff(s),

Case No.: 2:07-cv-11822

vs.

Hon.: Paul D. Borman

Gabriel Seibt, &
Todd Parsons,

Jointly and severally,

    Defendant(s).

---

BRIAN J. McKEEN (P34123)
TERRY A. DAWES (P47854)
McKEEN & ASSOCIATES, P.C.
Attorney for Plaintiffs
645 Griswold St., Suite 4200
Detroit, MI 48226
(313) 961-4400

---

## **ORDER FOR ALTERNATIVE SERVICE**

This matter having come before the court on plaintiff's motion and the court being fully advised;

**IT IS ORDERED:**

1.    The time in which to effect service on defendants is extended 60 days from August 25, 2007.

2.    Alternate service on the defendants shall be effected as follows:

    a.    A copy of the summons and complaint, one copy for each defendant, shall be sent via regular mail return receipt requested to the following:

        1.    Michigan State Police Headquarters

        c/o Col. Peter Munoz, Director
        714 S. Harrison Road
        East Lansing, MI 48823

2.    Michigan State Police, Post 29
       c/o Post Commander
       Cadillac Place
       3050 W. Grand Blvd.
       Detroit, MI 48202

3.    Michigan State Troopers Association
       c/o Trooper Michael Moorman, President
       1715 Abbey Road
       Suite B
       East Lansing, MI 48823

4.    Todd F. Flood (P58555) - Defendant Todd Parsons' Criminal
       1200 W. 11 Mile Road    Defense Attorney of Record
       Royal Oak, MI   48067

5.    Lenore M. Ferber (P24223) - Defendant Gabriel Seibt's Criminal
       302 N. Huron Street       Defense Attorney of Record
       Ypsilanti, MI 48197

   b.    Publication for three consecutive weeks in the Detroit Legal News.


        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: August 7, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 7, 2007.

        s/Denise Goodine
        Case Manager